UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID VOBORA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:10CV810 RWS |
| S.W.A.T.S., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

In light of plaintiff's notification that he is no longer seeking transfer of this case to Florida and his stipulation to a voluntary dismissal of defendant Ross for lack of personal jurisdiction,

**IT IS HEREBY ORDERED** that defendants' motion to dismiss defendant Mitch Ross for lack of personal jurisdiction [#9-2] is granted for the reasons set out in my Memorandum and Order dated December 1, 2010, and plaintiff's complaint against defendant Ross is dismissed for lack of personal jurisdiction.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of December, 2010.