UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID VOBORA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10CV810 RWS |
| ) | |
| S.W.A.T.S., et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's notice of failed settlement. After informing the Court that the case had settled, plaintiff now contends that the "parties have been unable to reach a final resolution." Defense counsel is now attempting to withdraw from the case, claiming that his clients wish to proceed pro se in this matter. Defendant Mitch Ross is no longer a party to this case, and defendant SWATS cannot represent itself, see Carr Enterprises, Inc. v. United States, 698 F.2d 952, 953 (8th Cir. 1983), so the motion to withdraw will be denied without prejudice.

**IT IS HEREBY ORDERED** that defendants' motion to withdraw [#35] is denied without prejudice.

**IT IS FURTHER ORDERED** that the Court will hold a status conference on **February 28, 2011 at 3:00 p.m.** in the chambers of the undersigned.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of February, 2011.