UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID VOBORA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CV810 RWS |
| | ) | |
| S.W.A.T.S., et al., | ) | |
| | ) | |
| Defendants. | ) | |

# MEMORANDUM AND ORDER

This matter is before me on defendant's second motion to withdraw counsel. I denied the first motion without prejudice because a corporation cannot represent itself. Defendant's renewed motion attaches an affidavit from defendant which acknowledges that it cannot represent itself and that, as a consequence, default judgment might be entered against it. Despite these consequences, defendant requests the Court to grant its motion.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's second motion to withdraw as counsel [#41] is granted, and the Clerk of the Court shall add 904 Decatur Highway, Fultondale, Alabama 35068 as the address of record for defendant S.W.A.T.S. and serve a copy of this Order upon defendant at this address.

**IT IS FURTHER ORDERED** that defense counsel shall also serve a copy

of this Order upon defendant.

**IT IS FURTHER ORDERED** that <u>**defendant shall either retain substitute counsel to represent it in this matter within fourteen (14) days or plaintiff shall move for an entry of default and default judgment, accompanied by all appropriate supporting documentation, without further notice from the Court.**</u>

**IT IS FURTHER ORDERED** that plaintiff's motion for a scheduling conference [#40] is denied at this time. If substitute counsel enters an appearance for defendant, the Court will set a scheduling conference.

/s/ Rodney W. Sippel

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of March, 2011.