UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID VOBORA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10CV810 RWS |
| ) | |
| S.W.A.T.S., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for default judgment. On April 14, 2011, the Clerk of the Court entered default against defendant S.W.A.T.S. Plaintiff now requests a telephonic hearing to assess damages. The Court will not conduct the hearing by telephone. If, however, plaintiff wishes to submit his evidence by affidavits and exhibits, he may do so by **May 9, 2011.** However, **plaintiff must continue to serve all filings, including any evidence relating to default damages, on defendant at its address of record**. Otherwise, the Court will hold a hearing on plaintiff's motion on May 18, 2011 at 10:00 a.m. in Courtroom 10-South. Plaintiff's counsel may not participate by telephone.

Accordingly,

**IT IS HEREBY ORDERED** that there will be a hearing on plaintiff's motion for default judgment [#45] on **May 18, 2011 at 10:00 a.m. in Courtroom**

**10-South unless plaintiff elects to submit his evidence by affidavits and exhibits by May 9, 2011**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of April, 2011.