UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID VOBORA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10CV810 RWS |
| | ) |
| S.W.A.T.S., et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

This matter is before me on plaintiff's amended proposed default judgment. Despite being instructed to do so by the Court at the default judgment hearing, plaintiff once again did not fill in the blanks for some of the amounts sought or provide the Court with a proposed total amount requested. If plaintiff wants the Court to enter a default judgment, then plaintiff must tell the Court exactly how much is he requesting for each category of damages, plus a total amount sought. **This is not a suggestion - it is a prerequisite to relief**. Plaintiff should file an second amended proposed order of default judgment no later than **Monday, June 13, 2011**. **Failure to comply with this Order of the Court will result in a denial of default judgment without prejudice.**

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff will file a second amended

proposed order of default judgment in compliance with this Order by Monday, June 13, 2011 or the Court will deny default judgment without prejudice.

_/s/ Rodney W. Sippel_
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of June, 2011.