UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID VOBORA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10CV810 RWS |
| | ) |
| S.W.A.T.S., et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion for attorney's fees. Attorney's fees are not awarded to prevailing parties absent some entitlement, such as a statute or contract, to such fees. Plaintiff's motion must be denied without prejudice because plaintiff has pointed to no legal authority that would permit him to recover attorney's fees in this case. If plaintiff refiles his motion, it must be accompanied by a memorandum setting out the legal basis for attorney's fees and the proper method to calculate such fees.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#61] is denied without prejudice.

**IT IS FURTHER ORDERED** that plaintiff shall be granted an extension of time, up to and including July 15, 2011, to refile his motion for attorney's fees

in accordance with this Memorandum and Order.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of July, 2011.