UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID VOBORA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:10CV810 RWS |
| S.W.A.T.S., et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's second notice of attorney's fees. Plaintiff's motion will be granted. Plaintiff is entitled to attorney's fees as he is the prevailing party in this case brought under the Missouri Merchandising Practices Act, Mo. Rev. Stat. § 407.025.1. I have reviewed the supported documentation submitted by counsel and find the requested hourly rates to be reasonable and customary in the prevailing market. I have also considered the nature and degree of difficulty of this case, as well as the results obtained by counsel, and I find that counsel expended a reasonable number of hours in prosecuting this case. See Grabinski v. Blue Springs Ford Sales, Inc., 203 F.3d 1024, 1027-28 (8th Cir. 2000). Therefore, the request for fees will be granted in its entirety.

**IT IS HEREBY ORDERED** that plaintiff's second motion for attorney's fees [#63] is granted, and defendant Anti-Steroid Program, LLC d/b/a S.W.A.T.S. shall pay plaintiff $92,100.50 in attorney's fees.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of July, 2011.